1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division                              "O"
   ROBB C. ADKINS (194576)
4  Assistant United States Attorney
   Chief, Santa Ana Branch Office
5       411 West Fourth Street, 8th Floor
        Santa Ana, California 92701-4599
6       Telephone:  (714) 338-3593
        Facsimile:  (714) 338-3708
7       E-mail: robb.adkins@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
9

10                  UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                        SOUTHERN DIVISION

13  IN THE MATTER OF THE        )  SA 07-379M
    EXTRADITION OF              )
14                              )  ORDER GRANTING GOVERNMENT'S
    CHANG HUN GO,               )  REQUEST FOR DETENTION
15                              )
                                )
16  A Fugitive from the         )
    Government of the Republic  )
17  of Korea.                   )
                                )
18  _____)

19

20       Upon consideration of the request of the United States for

21  the detention of fugitive CHANG HUN GO pending extradition

22  proceedings, and good cause therefor appearing,

23       IT IS HEREBY ORDERED that said request is GRANTED, the Court

24  making the following findings of fact and conclusions of law:

25       1.  In foreign extradition matters there is a presumption

26  against bail and only "special circumstances" will justify

27  release on bail.  United States v. Salerno, 878 F.2d 317, 317

28  (9th Cir. 1989); see also Matter of Extradition of Smyth 976 F.2d

1535, 1535-36 (9th Cir. 1992); <u>Kamrin v. United States</u>, 725 F.2d 1225, 1228 (9th Cir. 1984). The burden of showing special circumstances rests upon the fugitive. <u>See, e.g.</u>, <u>Salerno</u>, 878 F.2d at 317-18. Here, GO concedes that "special circumstances" do not exist, and the Court finds that no such "special circumstances" exist.

    2. The government alternatively requests detention on the grounds that GO presents an unacceptable risk of flight, even if such special circumstances were present. In support of its request, the government proffers the sworn extradition complaint, the provisional arrest warrant, and the Pretrial Services report. Based on the allegations in the extradition complaint concerning GO's flight from the Republic of Korea, the Court also finds that GO is a risk of flight.

    IT IS SO ORDERED.

DATED: February 4, 2008

                                     /s/
                     HONORABLE ARTHUR NAKAZATO
                     United States Magistrate Judge

Presented by:

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

     /s/
ROBB C. ADKINS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA